1  DEBORAH S. TROPP, ESQ. – BAR NO. 162613
   dtropp@mtbattorneys.com
2  JOANA GHOCHE. ESQ. – BAR NO. 335955
   tbreuer@mtbattorneys.com
3  McNEIL TROPP & BRAUN LLP
   4695 MacArthur Court, Suite 800
4  Newport Beach, CA 92660
   Ph:  (949) 259-2890; Fax:  (949) 259-2891
5

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION, a Washington
7  Corporation

8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
                 **EASTERN DIVISION**
10

11 CHARLOTTE  RENE  HAMPTON,  an        CASE NO.: 5:25-cv-2353
   individual,
12                                       **ORDER GRANTING STIPULATED**
13              Plaintiff,               **PROTECTIVE ORDER**

14      vs.

15
16 COSTCO WHOLESALE
   CORPORATION, a Washington
17 Corporation, JOHN DOE and DOES 2
   TO 20, inclusive,
18

19
20              Defendants.

21

22      The Court, having reviewed the Stipulation for a Protective Order (docket no.

23 9), orders that the Stipulated Protective Order is approved.

24

25 **IT IS SO ORDERED.**

26

27 Dated: October 29, 2025      _____
                                Sheri Pym
28                              United States Magistrate Judge